United States District Court
Southern District of Texas
**ENTERED**
March 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> REYMUNDO REYES § <br> ERNESTO CARREON-VASQUEZ § <br> ERNESTO ALEJANDRO ESTRADA § <br> ERIC IVAN MARTINEZ § <br> JUAN ANTONIO CARRERON-VASQUEZ § <br> JUAN JOSE ARRIAGA-OVALLE § <br> GABRIEL ORTIZ § <br> PAULA POALA PAREDES § | CRIMINAL NO. 5:08-CR-244-S3 |

## ORDER TO DISMISS INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Indictment(s) be **DISMISSED** as to above-named Defendants, without prejudice in the interest of justice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED, this ___19th___ day of March 2024.

_____
UNITED STATES DISTRICT JUDGE